

# Fourth Court of Appeals
## San Antonio, Texas

August 27, 2021

No. 04-21-00194-CR

Chance **WATSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 7426
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The current deadline for the reporter's record to be filed in this court is August 30, 2021. On August 26, 2021, court reporter Tonya R. Thompson requested an extension of time to file the record until September 26, 2021. After consideration, we **GRANT** Ms. Thompson's request and **ORDER** her to file the reporter's record **by September 26, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of August, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court

